| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF TENNESSEE<br>AT CHATTANOOGA | **FILED**<br>Oct 18, 2021<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:21-cr-10    CAED Case No. |
| v. ) | 2:21-cr-0198 WBS |
| ) | Judge Travis R. McDonough |
| ANDREW CALHOUN ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

# ORDER

Before the Court is Defendant Andrew Calhoun's motion to transfer his case to the Eastern District of California under Rule 21(a) or, alternatively, Rule 21(b) of the Federal Rules of Criminal Procedure. (Doc. 24.) On February 23, 2021, a federal grand jury indicted Defendant on one count of unlawfully and knowingly distributing child pornography and unlawfully and knowingly causing another person to distribute child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A), 2256(8)(A) and (2). (Doc. 1.) In support of his motion to transfer, Defendant represents that he was indicted in this District because the agent who intercepted the content was located in Chattanooga. (Doc. 24, at 1.) Defendant represents that he was arrested in California and has no ties, other than his pending charge, to Chattanooga or Tennessee. (*Id*.) Defendant is currently on bond in California and represents that he does not have resources to travel to Chattanooga. (*Id*. at 2.) Defendant further represents that his support system and likely witnesses also reside in California. (*Id*.)

Additionally, Defendant's counsel has communicated with Defendant by telephone and e-mail and has traveled to California once to meet with Defendant but is nonetheless concerned that her "remote representation . . . raises serious Due Process concerns." (*Id*.) Defendant also

argues that he has a right to be tried by his peers in the Eastern District of California, and, given the "marked differences in community standards between the population in the Eastern District of California and the Eastern District of Tennessee," Defendant "does not believe he could get a fair trial in the Eastern District of Tennessee." (*Id.*)

The Government opposes Defendant's motion to transfer but concedes that, under 18 U.S.C. § 3237, "prosecution of this case would be appropriate in California or Tennessee." (Doc. 25.)  The Government represents that, if this case goes to trial, it anticipates calling three witness:  (1) the undercover FBI agent who received images from Defendant and who lives and works in Tennessee; (2) the FBI agent who elicited a confession from Defendant after his arrest who works and lives in California; and (3) a FBI computer forensic expert who works and lives in Tennessee.  (*Id.* at 2.)

The Court need not determine whether transfer is required under Rule 21(a),[1] because the Court will exercise its discretion to transfer the case to the Eastern District of California under Rule 21(b).  Rule 21(b) provides that a "court may transfer the proceeding, or one or more counts, against that defendant to another district for the convenience of the parties, any victim, and the witnesses, and in the interest of justice."  In determining whether to transfer venue in the interests of justice, the Sixth Circuit instructs courts to consider the factors set forth by the Supreme Court of the United States in *Plant v. Minnesota Mining & Manufacturing Co.*, including the location of the witnesses, the location of documents and records, the expense to the parties, and the location of counsel.  *United States v. Jamal*, 246 F. App'x 351, 368 (6th Cir.

---

[1] Rule 21(a) of the Federal Rules of Criminal Procedure provides that a court "must transfer the proceeding against the defendant to another district if the court is satisfied that so great a prejudice against the defendant exists in the transferring district that the defendant cannot obtain a fair and impartial trial."

2007) (citing 376 U.S. 240 (1964)).  Additionally, the Sixth Circuit has clarified that "[t]he criminal rules require that a transfer for convenience satisfy the convenience of *both parties*." *Id*. (emphasis in original).

In this case, the Court finds that transfer to the Eastern District of California is appropriate for the convenience of the parties, the potential witnesses in this case, and the interests of justice.  Defendant has no connection to Tennessee, except for the fact that the undercover FBI agent who intercepted the child pornography at issue resides and works in Tennessee.  Although the fact that an FBI agent intercepted child pornography in Tennessee means that this case can be prosecuted in Tennessee, it does not mean that Tennessee is the most convenient venue or that the interests of justice do not militate in favor of prosecuting this case in California.  As it stands, one of the parties in this criminal action will be forced to travel.  Either Defendant, who has no connection to Tennessee other than allegedly distributing child pornography in a manner that affects interstate commerce, will be required to defend this case in Tennessee or the Government will have to prosecute the case in California.  Defendant, who is on bond, represents that he does not have the resources to travel to Tennessee and does not have the resources to get likely witnesses to Tennessee.  Additionally, at least one of the Government's witnesses—the one who the Government represents elicited a post-arrest confession from Defendant—resides in California.  Although slightly less convenient for the Government to prosecute this case in California, the overall convenience of the parties, the convenience of potential witnesses, and the interests of justice weigh in favor of transferring venue to California, a venue that has far more of a connection to the charged offenses than Tennessee.

For the reasons stated herein, Defendant's motion to transfer this case to the Eastern

District of California is **GRANTED**.  Pursuant to Rule 21(c), the Clerk of Court is **DIRECTED** to send to the transferee district the file, or a certified copy, and any bail taken.  Prosecution of this case will continue in the Eastern District of California.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:21-CR-10 |
| v. | ) |
| | ) JUDGES McDonough/Lee |
| ANDREW CALHOUN, a.k.a. | ) |
| ANDREW CALHOUNXAYADETH | ) |

FILED
FEB 23 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, starting in or about June 2020 and continuing until in or about July 2020, within the Eastern District of Tennessee and elsewhere, the defendant, ANDREW CALHOUN, a.k.a. ANDREW CALHOUNXAYADETH, did unlawfully and knowingly distribute child pornography, and unlawfully and knowingly did cause another person to distribute child pornography, in or affecting interstate commerce by any means, including by computer, that is: video files depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to adult males engaging in oral and anal sex with prepubescent, infant, and minor children, and the lascivious exhibition of the genitals and pubic areas of prepubescent, infant, and minor children.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2256(8)(A)) and 2.

### FORFEITURE ALLEGATIONS

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes but is not limited a BLU Android Model G9.

If any of the property described above, because of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

[SIGNATURE ON FOLLOWING PAGE]

A TRUE BILL:

███████████████

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
James T. Brooks
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 1:21-CR-10 |
| ) | |
| v. ) | JUDGES McDonough/Lee |
| ) | |
| ANDREW CALHOUN, a.k.a. ) | |
| ANDREW CALHOUNXAYADETH ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney James T. Brooks, certifies that the instant prosecution was a matter or a case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

J. DOUGLAS OVERBEY
United States Attorney

By: _____ for
JAMES T. BROOKS, BPR #021822
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
james.brooks@usdoj.gov

# CRIMINAL CASE COVER SHEET             U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Chattanooga, Hamilton

Defendant Information:

Juvenile _____ Yes __X__ No      Matter to be Sealed: __X__ Yes _____ No

Defendant Name  **ANDREW CALHOUN, a.k.a. ANDREW CALHOUNXAYADETH**

Interpreter: No __X__ Yes _____  Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class ____) __1__ Felony

| | ORIGINAL U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) and 2256(8)(A) and 2 - Receipt and Distribution of Child Pornography | 1 |
| Set 2 | | |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): __N/A_____ before Judge _____

Criminal Complaint Filed: No _____ Yes _____ Case No. _____

Related Case(s):

_____
Case Number       Defendant's attorney       How related

## Criminal Informations:
Pending criminal case:   No _____   Yes _____   Case No. _____

New Separate Case _____   Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____       Appointed: _____

Date: __02/23/2021__       Signature of AUSA: _____
                                              for James Booles

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 1:21-CR-10 |
| v. ) | |
| ) | JUDGES McDonough/Lee |
| ANDREW CALHOUN, a.k.a. ) | |
| ANDREW CALHOUNXAYADETH ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney James T. Brooks, certifies that the instant prosecution was a matter or a case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

J. DOUGLAS OVERBEY
United States Attorney

By: _____
JAMES T. BROOKS, BPR #021822
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
james.brooks@usdoj.gov