UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 08, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CALHOUN,<br><br>Defendant. | Case No. 2:21-mj-00040-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDREW CALHOUN ,

Case No.  2:21-mj-00040-JDP   Charge 18 U.S.C. § 2252A(a)(2)(A) and 2256(8)(A) and 2, from custody for the following reasons:

     __X__    Release on Personal Recognizance

     _____   Bail Posted in the Sum of $ _____

     _____   Unsecured Appearance Bond $ _____

     _____   Appearance Bond with 10% Deposit

     _____   Appearance Bond with Surety

     _____   Corporate Surety Bail Bond

     _____   (Other): The Defendant shall comply with the Special Conditions of Release dated March 8, 2021.  The

     __X__    Defendant shall also appear in the Eastern District of Tennessee on March 25, 2021 at 11:00 a.m. before Magistrate Judge Christopher H. Steger

Issued at Sacramento, California on March 08, 2021 at 3:28 p.m.

By: _/s/ Jeremy Peterson_

Magistrate Judge Jeremy D. Peterson