1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Calhoun

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) Case No.  2:21CR198-WBS
                                   )
        Plaintiff,                 ) **STIPULATION AND ORDER TO CONTINUE**
12                                 ) **STATUS CONFERENCE AND EXCLUDE TIME**
        vs.                        )
13                                 ) Date:  January 10, 2022
    ANDREW CALHOUN,                ) Time:  9:00 a.m.
14                                 ) Judge: Hon. William B. Shubb
        Defendant.                 )
15  _____ )

16        IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17  Phillip A. Talbert, through Assistant United States Roger Yang, counsel for Plaintiff, and Federal

18  Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi,

19  counsel for Defendant Andrew Calhoun, that the status hearing currently set for January 10, 2022

20  at 9:00 be continued to **March 14, 2022, at 9:00 a.m**.

21        The parties specifically stipulate as follows:

22    1. By previous order, this matter was set for a status on January 10, 2022 at 9:00 a.m.

23    2. Mr. Calhoun now moves to continue the status conference to March 14, 2022 at 9:00 a.m.

24    3. The government has discovered over 41,000 pages and various video and audio

25       recordings to the defense. The government has also made available to the defense the

26       seized electronic devices in this case for inspection.

27    4. The defense requires additional time to review the discovery; investigate and research

28

possible defenses; research potential pretrial motions; consult with Mr. Calhoun; explore

potential resolutions to the case; and otherwise prepare for trial.

5. The government does not object to the continuance.

6. Therefore, the parties jointly request the Court to find that the ends of justice served by

granting the continuance outweighs the best interest of the public and Mr. Calhoun in a

speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.*

(Speedy Trial Act), that the time period between January 10, 2022 and March 14, 2022,

inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 3, 2022          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Calhoun


Date: January 3, 2022          PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status          -2-          *United States v. Calhoun,*
Conference and Exclude Time                                    2:21-CR-198-WBS

1

# **O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

4

5  IT IS SO ORDERED.

6  Dated:  January 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference and Exclude Time                         -3-                    *United States v. Calhoun*,
                                                                             2:21-CR-198-WBS