1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Calhoun
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        ) Case No.  2:21CR198-WBS
11                                    )
              Plaintiff,              ) **STIPULATION AND ORDER TO CONTINUE**
12                                    ) **STATUS CONFERENCE AND EXCLUDE TIME**
              vs.                     )
13                                    ) Date:   April 11, 2022
    ANDREW CALHOUN,                   ) Time:  9:00 a.m.
14                                    ) Judge: Hon. William B. Shubb
              Defendant.              )
15   _____ )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17   Phillip A. Talbert, through Assistant United States Roger Yang, counsel for Plaintiff, and Federal

18   Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi,

19   counsel for Defendant Andrew Calhoun, that the status hearing currently set for April 11, 2022 at

20   9:00 be continued to June 27, 2022 at 9:00 a.m.

21          The parties specifically stipulate as follows:

22   1.   By previous order, this matter was set for a status on April 11, 2022 at 9:00 a.m.

23   2.   Mr. Calhoun now moves to continue the status conference to June 27, 2022 at 9:00 a.m.

24   3.   The government has discovered over 41,000 pages and various video and audio

25        recordings to the defense. The government has also made available to the defense the

26        seized electronic devices in this case for inspection.

27   4.   The defense requires additional time to review the discovery; investigate and research

28

Stipulation and Order to Continue Status            -1-                    *United States v. Calhoun,*
Conference and Exclude Time                                                2:21-CR-198-WBS

possible defenses; research potential pretrial motions; consult with Mr. Calhoun; explore potential resolutions to the case; and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Calhoun in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period between April 11, 2022 and June 27, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 5, 2022                          */s/  Hootan Baigmohammadi*
                                             HOOTAN BAIGMOHAMMADI
                                             Assistant Federal Defender
                                             Attorneys for Defendant
                                             Mr. Calhoun

Date: April 5, 2022                          PHILLIP A. TALBERT
                                             United States Attorney

                                             */s/ Roger Yang*
                                             Roger Yang
                                             Assistant United States Attorney
                                             Attorneys for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time                          -2-                          *United States v. Calhoun*,
                                                                                  2:21-CR-198-WBS

1

## <u>O R D E R</u>

2      The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5  IT IS SO ORDERED.

6

Dated:  April 5, 2022

7                                         WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28