# EXHIBIT 1

## GOVERNMENT'S MOTION AND PETITION FOR REVOCATION OF MAGISTRATE JUDGE'S ORDER AUTHORIZING PRETRIAL RELEASE FOR DEFENDANT ANDREW CALHOUN

**2:21-CR-198 WBS**

FD-302 (Rev. 5-8-10)


OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   03/31/2022

Background:

ANDREW CALHOUN's Conditions of Pretrial release:

You must not access the Internet nor possess a smart cell phone, computer, or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the Pretrial Services Officer. (Select Accommodations and Exceptions Apply such as use of Internet to communicate with attorneys, virtual court appearances, medical communications, counseling, or any other services approved by Pretrial).

You shall only have access to one cellular device, which must have monitoring software installed.

You shall not access ANY social media platforms.

You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor.


    The writer on 03/30/2022, upon reviewing returns from a Discord Search Warrant sworn out in the Eastern District of California on 03/15/2022 by the writer discovered the following:

    Discord User mik#5444 believed to be created and operated by ANDREW CALHOUN was deleted by the User at some point after 03/01/22 and this account was referred to in the Search Warrant return data as being Deleted User 6c3005c9#5444.  The preserved data in the return revealed that CALHOUN was active on the social media platform Discord both after a physical search warrant was served on his former address on 10/27/20 and after his arrest on 03/05/21 after he was released.  The return data revealed that CALHOUN messaged the following Discord accounts:

[Redacted]s#7215

UNCLASSIFIED//FOUO

Investigation on  03/30/2022  at  Chattanooga, Tennessee, United States (, Other (Discord Search Warrant Return Review.))

File #  305B-KX-3290869                                Date drafted  03/31/2022

by  MOORE SAMUEL K

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

305B-KX-3290869

Continuation of FD-302 of (U//FOUO) Discord Search Warrant Return Review Summary Part 1. , On 03/30/2022 , Page 2 of 5

J[Redacted]t#8350

R[Redacted]d#8605

L[Redacted]y#3405

C[Redacted]K[Redacted]405#4898 (MINOR during portions of communications):

In this chat spanning from to 03/05/21 to 03/01/22, the following evidence linking Calhoun to the Discord account is as follows:

The subscriber to the target account believed to be CALHOUN was found to have ceased communication with this user, C[Redacted]K[Redacted]405, on 03/05/21 and reinitiated the conversation on 03/21/21 stating: "I was in jail and now I'm being charged with something bad I didn't do I can't be online and I'm not supposed to communicate with ppl under 18 right now. Just know I love you. Idk when I can talk to you next but I love you with all my heart". Note this is the time period that ANDREW CALHOUN was in fact in custody and he continued to communicate with the minor on Discord.

On 03/30/21, Calhoun states "I'm just stuck inside at Rickys, my sister in law abandoned me and no idea when court is". Note: This is a reference to his Brother-in-law RICKY BUTTERS who EMILY CARPIO told investigator's he was residing with at one point.

On 04/29/21 states "I'm on home detention for now". Also noted is a message from C[Redacted]K[Redacted]405 on 04/29/21 that states "IK you can't really talk to me atm" and "We can start talking on the phone more once I start working".

On 05/16/21, Calhoun states "Well first i gotta get through this FBI thing" and "I'm being charged with possession of 5 videos of kid shit" and "so for now I'm not allowed on any social media" after C[Redacted]K[Redacted] states that he is "Finally 18" indicating that it might be "legal" for them to communicate now.

On 05/19/21 Calhoun states "I have an ankle monitor".

Calhoun also mentions moving into an RV he refers to as a 5th Wheel and residing in a trailer park, mentions formerly working at a hair salon, mentions living conditions with Ricky, speaks in a sexually explicit nature with C[Redacted]K[Redacted]405 such as stating "I gotta get this cum out first so I can

UNCLASSIFIED//FOUO

fall asleep", asks if squats get C[Redacted] K[Redacted] 405 "hard", talks about how his "cum" tastes, C[Redacted] K[Redacted] 405 mentions that Calhoun's penis is large indicating that Calhoun has distributed obscene material to him, and Calhoun describes himself masturbating.

Calhoun and C[Redacted] K[Redacted] 405 also frequently speak of making calls to each other and texting and refers to both messaging app and phone conversations and they discuss moving to another messaging platform on 10/13/21. Calhoun mentions using data to message. There is also reference to C[Redacted] K[Redacted] 405 calling Calhoun "Mikleo". Additionally, even though no images and/or videos were recovered from this interaction, the chat logs point to C[Redacted] K[Redacted] 405 sharing at least some images with Calhoun as Calhoun was found to have frequently complemented C[Redacted] K[Redacted] 405 on the way he looks. Calhoun also speaks of his Uncle visiting frequently and mention is made about having nieces and that he is of mixed race. Calhoun also states to C[Redacted] K[Redacted] 405 that he is supposed to get new data, has a half a gig left, and if his data runs out he will text C[Redacted] K[Redacted] 405 directly. Calhoun mentions it's a government program where he gets 14 Gig of data.

Reading through the conversation it is evident that Calhoun is either in possession of another device or utilizes a Sim Card from another device that he places into his approved device that Pretrial cannot monitor. The writer also knows that in order to use Discord a user does not have to have the application installed, a user can access their Discord account using mobile data (which Calhoun does) from any web browser by typing in Discord and logging in that way versus through an installed application. Calhoun also mentions having an Android Lg K51.

On 05/31/2021, C[Redacted] K[Redacted] 405 discloses his name as K[Redacted] P[Redacted] Jr.

On 06/28/2021, Calhoun sends C[Redacted] K[Redacted] 405 an image and then states " Crap I forgot I'm not supposed to do that lol" and "Just delete it lol". On 07/19/21 states "But let's cool down on the pics for awhile, I don't want them ppl to say nothing".

Last message between Calhoun and C[Redacted] K[Redacted] 405 appears on 03/01/2022 in which C[Redacted] K[Redacted] 405 asks if Calhoun was ok. It appears that C[Redacted] K[Redacted] 405 and Calhoun had developed a relationship possibly on some other platform prior to the Discord chat engagement on 03/05/21 when C[Redacted] K[Redacted] 405 was still a minor.

C[Redacted] K[Redacted] 405 is identified as follows:

K[Redacted] Redacted  P[Redacted]

305B-KX-3290869

Continuation of FD-302 of (U//FOUO) Discord Search Warrant Return Review Summary Part 1. , On 03/30/2022 , Page 4 of 5

DOB: <mark>Redacted</mark>2003

<mark>Redacted</mark>   Georgia

Reaper69#6969: Chat was recovered spanning from 07/19/20-08/16/20 where the user to the Reaper account, a now identified minor residing in Texas, who had communication with Calhoun spoke of his mom walking in and Calhoun asking the minor to call him. It appeared to the writer that portions of the message had been deleted by CALHOUN and/or otherwise not reflected on the chat log where chat would have been.

Imagery Discovered:

Screen Shot of where at one point Calhoun was connected to a Wifi Connection labeled as "Rickeys".

Images from within a RV or camper under repair.

Images of a young teen male that two separate minor victims had previously identified as who they thought they were communicating with aka "Mikleo".

Images of a erect male penis and images and videos of sexually explicit activity and ejaculation (unknown male).

It is believed that Calhoun was using the facial pics of the unknown teenage male referenced above as well as the images and videos of the unknown males lower body to pass off as his own.  In all known communications with minor males Calhoun portrayed himself as being between 17-20 years old.

Note: In preliminary reviews of chats with other users listed above it appears through the verbiage that those individuals are also minor males.  A summary of these other chats will be completed under separate 302s.

305B-KX-3290869

Continuation of FD-302 of (U//FOUO) Discord Search Warrant Return Review Summary Part 1. , On 03/30/2022 , Page 5 of 5