# EXHIBIT 2

## GOVERNMENT'S MOTION AND PETITION FOR REVOCATION OF MAGISTRATE JUDGE'S ORDER AUTHORIZING PRETRIAL RELEASE FOR DEFENDANT ANDREW CALHOUN

## 2:21-CR-198 WBS

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    04/04/2022

Note: In a 302 entitled Discord Search Warrant Return Review Summary Part 1 drafted on 03/31/22 the following narrative was captured:

"The subscriber to the target account believed to be CALHOUN was found to have ceased communication with this user, C[Redacted]K[Redacted]405, on 03/05/21 and reinitiated the conversation on 03/21/21 stating: "I was in jail and now I'm being charged with something bad I didn't do I can't be online and I'm not supposed to communicate with ppl under 18 right now. Just know I love you. Idk when I can talk to you next but I love you with all my heart". Note this is the time period that ANDREW CALHOUN was in fact in custody and he continued to communicate with the minor on Discord".

Should be corrected to read: During portions of the timeframe between 03/05/2021 and 03/21/21 CALHOUN was in fact in custody and communicated with the minor on Discord before and after arrest.

Upon further review of the Discord Search Warrant returns on 04/04/22, the writer discovered that CALHOUN was communicating through Discord with the following subscriber:

L[Redacted]y#3405 from 08/13/20-02/06/22

In this communication Calhoun is speaking with L[Redacted]y in regards to "Tristan" in regards to Calhoun's relationship status with him. Note: This "Tristan" is believed to be one of the identified minors that Calhoun was communicating with around that same time period. Additionally, on 08/15/20, CALHOUN when asked what name he prefers states, "Mikleo is fine or andrew".

Calhoun was also found to have been communicating with the following Discord user:

UNCLASSIFIED//FOUO

Investigation on   04/04/2022   at   Chattanooga, Tennessee, United States (, Other (Discord SW Return Review.))

File #   305B-KX-3290869     Date drafted   04/04/2022

by   MOORE SAMUEL K

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305B-KX-3290869

Continuation of FD-302 of (U//FOUO) Discord Search Warrant Return Review Summary Part 2. , On 04/04/2022 , Page 2 of 3

R[Redacted]d#8605 from 06/14/20-02/06/22.

    In this communication Calhoun was found to have stated the following:

On 06/14/20 "So, I think your size is amazing", "Sorry I'm a boy and I can't get you excited", and "But you said you have to drain every day....I'm curious about everything you have".  Discord user R[Redacted]d#8605 indicates that he is from the East Coast and states "When I have growth spurts i get into a daze and i suck at gaming".  Calhoun also states "If I were on the east coast I'd visit you every day".  Due to the language contained in the chats it is believed that Discord User R[Redacted]d#8605 was also possibly a minor at the time of the chats.  Note: Subpoena returns are outstanding for all listed accounts to assist in additional victim identification.

    Calhoun was also found to be in communication with the following user:

c[Redacted]s#7125 from 01/13/21-02/09/22.

    In these chats on 01/13/21 states "This is better" indicating that the two were communicating on a separate platform or in a different way beforehand and "A convo like this shouldn't be in general lol".  Calhoun also stated "Im gonna work on growing that chat" indicating that he was most likely moderating a group chat.  On this same date c[Redacted]s asks "so why aren't you coming back to kik" and Calhoun states "My ex was saving secret child porn files on my laptop and i didn't know.  The FBI kicked my door in and took every phone and laptop and computer I had".  Calhoun also states "Everyone just wants to see my penis there" meaning on Kik.  Calhoun also engages in sexually explicit talk with this user asking such things as "So when you see stuff do you finger yourself or just jerk". c[Redacted]s on 01/13/21 informs Calhoun that he is 17 and the sexually explicit conversation continues. There was also talk about a group chat on Discord that an individual named Colton was a part of and who Calhoun labeled as his "ex". Calhoun also mentioned a "Connor" who had a crush on him, who was "super horny all the time", and who lived near him. Calhoun also commented on c[Redacted]s' appearance indicating that he had observed images of him.

    Calhoun was also found to be in communication with the following user:

j[Redacted]e#1313 from 04/24/21-02/28/22

FD-302a (Rev. 5-8-10)

Case 2:21-cr-00198-WBS   Document 18-2   Filed 04/13/22   Page 4 of 4

UNCLASSIFIED//FOUO

305B-KX-3290869

(U//FOUO) Discord Search Warrant Return
Continuation of FD-302 of Review Summary Part 2. , On 04/04/2022 , Page 3 of 3

In this conversation j[Redacted]e states on 04/24/21 "Idk like I feel like I would worry them if I told them that you're in trouble with the damn fbi" when expressing concern that contact with Calhoun may show up on his telephone records, Calhoun mentions using Google Voice, states to j[Redacted]e "If you don't trust me then turn off your data and call". On 04/25/21 states that he knows "how to talk on the phone without cell service". j[Redacted]e mentions living at home with his parents and being from Texas, Calhoun speaks with j[Redacted]e is sexually explicit language and speaks about sex acts he would like to perform with j[Redacted]e, Calhoun frequently requests "calling" j[Redacted]e, and speaks about his ankle monitor. On 05/02/21, Calhoun mentions unlocking his phone where he would be able to use another simcard on it and gives his telephone number to j[Redacted]e, 916-429-5266. Calhoun validates that this user may be in high school asking him if he has school and if he's busy with school along with talk of j[Redacted]e doing homework and through the conversation j[Redacted]e indicates that he cannot call Calhoun when he is inside his house and around his parents. There is also indication of image exchanges between the two and Calhoun appears to frequently attempt to make j[Redacted]e feel guilty for talking to other people and phrases his communications as to if he was in a real relationship with j[Redacted]e even exchanging I love you messages. On 05/19/21, Calhoun mentions utilizing a VPN service and states that the VPN allows users to "use your internet service without someone spy on you and shit" and suggests that j[Redacted]e use one as well. There was also found numerous indications of multiple deleted videos, images, and chats within this conversation including a video sent by Calhoun to the suspected minor entitled "thisvid.com/videos/twink-ass-huge-prolapse-5 on 02/11/22.