PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Apr 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>ANDREW CALHOUN,<br><br>                    Defendant. | CASE NO. 2:21-CR-198 WBS<br><br>REQUEST TO UNSEAL GOVERNMENT'S MOTION AND PETITION FOR REVOCATION OF MAGISTRATE JUDGE'S ORDER AUTHORIZING PRETRIAL RELEASE FOR DEFENDANT ANDREW CALHOUN |

**REQUEST TO UNSEAL**

The above-captioned motion was filed under seal April 13, 2022.  On April 14, 2022, the Court issued a bench warrant and the defendant was detained on the warrant.  There is now no need for the for the motion to remain under seal.  Accordingly, the United States asks that the Court order that the said motion and related case filings be unsealed.

 Dated: April 15, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ROGER YANG
ROGER YANG
Assistant United States Attorney