PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW CALHOUN,<br><br>　　　　　Defendant. | CASE NO: 2:21-CR-198 WBS<br><br>[PROPOSED] ORDER TO UNSEAL GOVERNMENT'S MOTION AND PETITION FOR REVOCATION OF MAGISTRATE JUDGE'S ORDER AUTHORIZING PRETRIAL RELEASE FOR DEFENDANT ANDREW CALHOUN |

　　Upon application of the United States of America and good cause having been shown,

　　IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: April 15, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE