1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Calhoun

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No.  2:21CR198-WBS
                                  )
      Plaintiff,                  ) **STIPULATION AND [PROPOSED] ORDER TO**
12                                ) **CONTINUE BAIL REVIEW HEARING**
      vs.                         )
13                                ) Date:  April 29, 2022
   ANDREW CALHOUN,                ) Time:  2:00 p.m.
14                                ) Judge: Hon. Allison Claire
      Defendant.                  )
15 _____ )

16      IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17 Phillip A. Talbert, through Assistant United States Attorney Roger Yang and D.O.J. Attorney

18 James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant

19 Federal Defender Hootan Baigmohammadi, counsel for Defendant Andrew Calhoun, that the

20 status hearing currently set for April 29, 2022 at 2:00 p.m. be continued to May 20, 2022 at 2:00

21 p.m.

22      The parties specifically stipulate as follows:

23   1. On April 13, 2022, the government filed a Motion to Revoke Mr. Calhoun's bond.

24   2. By previous order, this matter was set for a Bail Review Hearing on April 29, 2022 at

25      2:00 p.m.

26

27

28

Stipulation and [Proposed] Order to Continue          -1-                *United States v. Calhoun*,
Status Conference and Exclude Time                                       2:21-CR-198-WBS

3. Mr. Calhoun now moves to continue the Bail Review Hearing to May 20, 2022 at 2:00 p.m.  The parties are in active plea negotiations which may render a bail review hearing moot.

4. Mr. Calhoun consents to his continued temporary detention.

5. The government does not object to the continuance.

6. By previous order, the Speedy Trial clock has been tolled through June 27, 2022.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 26, 2022

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Calhoun

Date: April 26, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

*/s/ James Brooks*
James Brooks
Department of Justice
Attorneys for Plaintiff

1

**O R D E R**

2        The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   Dated: April 27, 2022                    _____

                                           ALLISON CLAIRE
8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28