HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Calhoun

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21CR198-WBS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BAIL REVIEW HEARING** |
| vs. | Date: May 20, 2022 |
| ANDREW CALHOUN, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Andrew Calhoun, that the bail review hearing currently set for May 20, 2022 at 2:00 p.m. be continued to July 1, 2022 at 2:00 p.m.

The parties specifically stipulate as follows:

1. On April 13, 2022, the government filed a Motion to Revoke Mr. Calhoun's bond.
2. By previous order, this matter was set for a Bail Review Hearing on May 20, 2022 at 2:00 p.m.

3. Mr. Calhoun now moves to continue the Bail Review Hearing to July 1, 2022 at 2:00 p.m. The parties are in active plea negotiations which may render a bail review hearing moot.

4. Mr. Calhoun consents to his continued temporary detention.

5. The government does not object to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 16, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Calhoun

Date: May 16, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

*/s/ James Brooks*
James Brooks
Special Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May ____, 2022

_____
HONORABLE DEBORAH BARNES
United States Magistrate Judge