HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Calhoun

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ANDREW CALHOUN, <br> Defendant. | Case No. 2:21CR198-WBS <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: June 27, 2022 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Andrew Calhoun, that the status hearing currently set for June 27, 2022 at 9:00 be continued to September 26, 2022 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on June 27, 2022 at 9:00 a.m.
2. Mr. Calhoun now moves to continue the status conference to September 26, 2022 at 9:00 a.m.
3. The government has discovered over 41,000 pages and various video and audio recordings to the defense. The government has also made available to the defense the

seized electronic devices in this case for inspection.

4. The defense requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; consult with Mr. Calhoun; explore potential resolutions to the case; and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Calhoun in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period between June 27, 2022 and September 26, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 21, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Calhoun

Date: June 21, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

*/s/ James Brooks*
James Brooks
Special Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  June 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE