| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Calhoun |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21CR198-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE BAIL REVIEW HEARING AND ORDER DETENTION** |
| vs. | |
| ANDREW CALHOUN, | Date:  October 7, 2022 |
| | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Andrew Calhoun, that the bail review hearing set for October 7, 2022 at 2:00 p.m. be vacated and for the Court to enter an order of detention.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a bail review hearing on October 7, 2022 at 2:00 p.m before the Hon. Kendall J. Newman.

2. On September 26, 2022, Mr. Calhoun pleaded guilty to the one-count indictment. ECF no. 34.

3. The count to which he pleaded guilty to triggers mandatory detention, and he agreed to

such detention as a term of his plea agreement with the government. 18 U.S.C. § 3143(a)(2); ECF no. 36 at 2, ¶¶ 23-25.

4. Accordingly, the parties stipulate to the Court vacating the October 7, 2022 bail review hearing and entering an order of detention as to Mr. Calhoun.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 4, 2022

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Calhoun

Date: October 4, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Roger Yang
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

/s/ James Brooks
James Brooks
Special Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  October 5, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE