HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Calhoun

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21CR198-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND PSR DISCLOSURE** |
| vs. | |
| ANDREW CALHOUN, | Date: December 19, 2022 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Andrew Calhoun, that the Sentencing Hearing currently set for December 19, 2022 at 9:00 be continued to **February 13, 2023 at 9:00 a.m.**

The parties agreed that good cause exists pursuant to Federal Rules of Criminal Procedure 32(a)(2) because defense counsel was recently on extended medical leave and Mr. Calhoun needs additional time to adequately prepare for sentencing.

It is therefore requested that the matter be continued to February 13, 2023 for sentencing, and that the PSR schedule be modified, as follows:

| | | |
|---|---|---|
| 1 | Proposed Presentence Report Due: | January 2, 2023 |
| 2 | Informal Objections to Presentence Report Due: | January 16, 2023 |
| 3 | Presentence Report Due: | January 23, 2023 |
| 4 | Formal Objections to Presentence Report Due: | January 30, 2023 |
| 5 | Reply or Statement of Non-Opposition Due: | February 6, 2023 |
| 6 | Judgment and Sentencing: | February 13, 2023, 9:00 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2022

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Calhoun


Date: October 31, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Roger Yang
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

/s/ James Brooks
James Brooks
Special Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Sentencing Hearing currently set for December 19, 2022 at 9:00 is continued to **February 13, 2023 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: November 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE