HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
Mr. Calhoun

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21CR198-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE |
| v. | ) ) | |
| ANDREW CALHOUN, | ) ) | Date: February 13, 2023 |
| Defendant. | ) ) ) | Time: 9:00 a.m.  Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant, Andrew Calhoun, that the sentencing hearing scheduled for February 13, 2023, at 9:00 a.m. be continued to **April 17, 2023 at 9:00 a.m.**

United States Probation needs more time to complete the presentence investigation report. Neither Mr. Calhoun nor the government object to continuing the matter.

It is therefore requested that the matter be continued to April 17, 2023 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | April 17, 2023 |
| Reply, or Statement of Non-Opposition: | April 10, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 03, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 27, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 20, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 06, 2023 |

Dated: January 10, 2023                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                      Federal Public Defender

                                                      */s/ Hootan Baigmohammadi*
                                                      HOOTAN BAIGMOHAMMADI
                                                      Assistant Federal Defender
                                                      Attorney for Mr. Turner

                                                      PHILLIP A. TALBERT
                                                      United States Attorney

Dated:  January 10, 2023

                                                      */s/ Roger Yang*
                                                      Roger Yang
                                                      Assistant United States Attorney
                                                      Attorneys for Plaintiff

                                                      */s/ James Brooks*
                                                      James Brooks
                                                      Special Assistant United States Attorney
                                                      Attorneys for Plaintiff

## **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **April 17, 2023 at 9:00 a.m.** and that the presentence schedule is **modified as set forth above**.

Dated:  January 10, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE