HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ANDREW CALHOUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21CR198-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE |
| v. | |
| ANDREW CALHOUN, | ) Date:  April 17, 2023 |
| Defendant. | ) Time:  9:00 a.m. |
|  | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant, Andrew Calhoun, that the sentencing hearing scheduled for April 17, 2023, at 9:00 a.m. be continued to **May 22, 2023 at 9:00 a.m.**

United States Probation needs more time to complete the presentence investigation report.  Government counsel also has an upcoming trial that they are preparing for.  Neither Mr. Calhoun nor the government object to continuing the matter.

It is therefore requested that the matter be continued to May 22, 2023 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | May 22, 2023 |
| Reply, or Statement of Non-Opposition: | May 15, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 08, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 01, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 24, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | April 10, 2023 |

Dated: March 20, 2023         Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorney for Mr. Turner

PHILLIP A. TALBERT
United States Attorney

Dated:  March 20, 2023

*/s/ Roger Yang*
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

*/s/ James Brooks*
James Brooks
Special Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **May 22, 2023 at 9:00 a.m.** and that the presentence schedule is **modified as set forth above**.

Dated: March 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE