HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
Mr. Calhoun

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21CR198-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE |
| v. | ) |
| ANDREW CALHOUN, | ) Date: May 22, 2023 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant, Andrew Calhoun, that the sentencing hearing scheduled for May 22, 2023, at 9:00 a.m. be continued to **August 28, 2023 at 9:00 a.m.**

Mr. Calhoun needs additional time to investigate sentencing mitigation. The government does not object to continuing the matter.

It is therefore requested that the matter be continued to August 28, 2023 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | August 28, 2023 |
| Reply, or Statement of Non-Opposition: | August 21, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 14, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 7, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 31, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | Already completed |

Dated: May 10, 2023                    Respectfully submitted,

                                                         HEATHER E. WILLIAMS
                                                       Federal Public Defender

                                                       */s/ Hootan Baigmohammadi*
                                                       HOOTAN BAIGMOHAMMADI
                                                       Assistant Federal Defender
                                                       Attorney for Mr. Turner

                                                       PHILLIP A. TALBERT
                                                       United States Attorney

Dated:  May 10, 2023

                                                       */s/ Roger Yang*
                                                       Roger Yang
                                                       Assistant United States Attorney
                                                       Attorneys for Plaintiff

                                                       */s/ James Brooks*
                                                       James Brooks
                                                       Special Assistant United States Attorney
                                                       Attorneys for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **August 28, 2023 at 9:00 a.m.** and that the presentence schedule is **modified as set forth above**.

Dated:  May 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE