HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
Mr. Calhoun

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW CALHOUN,<br><br>    Defendant. | Case No. 2:21CR198-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE<br><br>Date: August 28, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang and Special Assistant United States Attorney James Brooks, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant, Andrew Calhoun, that the sentencing hearing scheduled for August 28, 2023, at 9:00 a.m. be continued to **September 18, 2023 at 9:00 a.m.**

Mr. Calhoun needs additional time to investigate sentencing mitigation. The government does not object to continuing the matter.

It is therefore requested that the matter be continued to September 18, 2023 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | September 18, 2023 |
| Reply, or Statement of Non-Opposition: | September 11, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 4, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 28, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 21, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | Already completed |

Dated: August 2, 2023                                                              Respectfully submitted,

                                                                                                    HEATHER E. WILLIAMS
                                                                                                    Federal Public Defender

                                                                                                    */s/ Hootan Baigmohammadi*
                                                                                                    HOOTAN BAIGMOHAMMADI
                                                                                                    Assistant Federal Defender
                                                                                                    Attorney for Mr. Turner

                                                                                                    PHILLIP A. TALBERT
                                                                                                    United States Attorney

Dated:  August 2, 2023

                                                                                                    */s/ Roger Yang*
                                                                                                    Roger Yang
                                                                                                    Assistant United States Attorney
                                                                                                    Attorneys for Plaintiff

                                                                                                    */s/ James Brooks*
                                                                                                    James Brooks
                                                                                                    Special Assistant United States Attorney
                                                                                                    Attorneys for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time                                    -2-                            *United States v. Calhoun*,
                                                                                                                    2:21-CR-198-WBS

## **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to September 18, 2023 at 9:00 a.m. and that the presentence schedule is modified as set forth above.

Dated:  August 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE