**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE WILLIAM B. SHUBB**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**ANDREW CALHOUN,**<br>Defendant. | **SENTENCING PROCEEDING MINUTES**<br>**(IN OPEN COURT)**<br><br>**Time in Court: 20 minutes**<br><br>CASE #: 2:21CR00198-01 WBS<br>DATE: 9/18/2023<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Maryann Valenoti |
| **For the Government:**<br><br>James Brooks, Asst. U.S. Attorney | **For the Defendant:**<br><br>Hootan Baigmohammadi, AFD<br><br>**Defendant:**[X] Present [X] In Custody |

**[X]** **Judgment and Sentencing - Date of Finding of Guilty: 9/26/2022** to Count 1 of the Indictment (Docket #1).

**[ ]** Defendant addresses the Court.

**[X]** **Imprisonment: 109 months** ________________

**[X]** Defendant Remanded to the Custody of the US Marshal

**[X]** Defendant shall submit to the collection of DNA

**[X]** The mandatory drug testing condition is suspended.

**[X]** **Special Assessment**: $100 due immediately [X ] **Fine:** Waived

**[X]** **Term of supervised release**: 120 months

**[X]** The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

**[X]** **Conditions of supervised release**: Refer to Judgment and Commitment order.

**[X]** **Special Conditions**: Refer to Judgment and Commitment order.

**[X]** The preliminary order of Forfeiture filed November 1, 2022 is made final and incorporated herein into the Judgment and Commitment Order (Docket No. 41).

**[X]** **Recommendation**:  The Court recommends that the defendant be incarcerated at the FCI Englewood facility in Littleton, Colorado, but only insofar as this recommendation accords with security classification and space availability.

**[X]** **Appeal Rights:** Waived

**[X]** **Other:**  Court confers with counsel re the parties' requests to seal (Docket Nos. 56, 59).   The Court GRANTS defendant's request to seal (Docket No. 59), and **DENIES** the government's request to seal Docket No. 56).  Court ORDERS government counsel to file a redacted version of said document, as noted on the record.

The Court confers with counsel re the PSR and the parties' briefs.